UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK PREMAN, on behalf of himself
and all others similarly situated,

CASE NO.: 6:16-cv-443-ORL-41-GJK

    Plaintiff,

v.

POLLO OPERATIONS, INC.,

    Defendant,
_____/

## JOINT STATUS REPORT

Pursuant to this Court's Order dated January 23, 2017, Plaintiff, Mark Preman ("**Plaintiff**"), and Defendant, Pollo Operations, Inc. ("**Defendant**") (collectively, "**the Parties**"), jointly file this status report and state the following:

1. The Parties reached agreement regarding the framework of a class-wide settlement immediately following mediation in October 2016. Notwithstanding, it has taken longer than anticipated to finalize the details of the funding of the settlement due to the involvement of interested non-parties, as set forth in the Stipulation and Agreement of Settlement ("**Agreement**"), attached hereto as Exhibit A.

2. The Parties have now finalized the terms of the Agreement and are in the process of executing the Agreement.

3. Plaintiff intends to file an Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class and all supporting exhibits no later than February 3, 2017.

Dated:  January 30, 2017

**AKERMAN LLP**

*/s/ Sandra J. Millor*
Sandra J. Millor, Esq.
Florida Bar No. 13742
98 Southeast Seventh St., Suite 1100
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
sandra.millor@akerman.com


and

**AKERMAN LLP**
Jeffrey J. Mayer, Esq.*
Illinois Bar No. 6194013
71 South Wacker Drive, 46th Floor
Chicago, IL 60606
Telephone: (312) 634-5733
Facsimile: (312) 424-1900
jeffrey.mayer@akerman.com

*\* Admitted pro hac vice*

*Attorneys for Defendant*

Respectfully submitted,

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**

*/s/ Jonathan B. Cohen*
Jonathan B. Cohen (Florida Bar No. 0027620)
John A. Yanchunis (Florida Bar No. 324681)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jcohen@forthepeople.com
jyanchunis@forthepeople.com

and

**MORGAN & MORGAN, P.A.**
Tav Gomez (Florida Bar No. 0338620)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 225-6745
tgomez@forthepeople.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 30, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

*/s/ Jonathan B. Cohen*
Jonathan B. Cohen