UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK PREMAN, on behalf of himself
and all others similarly situated,

CASE NO.: 6:16-cv-443-ORL-41-GJK

Plaintiff,

v.

POLLO OPERATIONS, INC.,

Defendant,
_____/

# PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff, Mark Preman ("**Plaintiff**" or "**Class Representative**"), hereby moves the Court for an Order Preliminarily Approving the Class Action Settlement and Certifying the Settlement Class. Plaintiff's Unopposed Motion seeks an order:

1. scheduling a Preliminary Settlement Approval Hearing before the Court to determine whether the proposed Settlement should be preliminarily approved, and whether the proposed Settlement Class should be certified;

2. approving The Angeion Group as the Settlement Administrator and directing that notice of the Settlement be provided to the Settlement Class in the proposed form and manner;

3. requiring objections, if any, to (a) the Settlement, (b) the plan of distribution, (c) an application seeking a service award to the Class Representative, and/or (d) an application for an award of attorneys' fees, costs and expenses to Class Counsel to be

1

submitted no later than 45 days before the date set for the Final Settlement Approval Hearing;

4. requiring any application by Class Counsel for attorneys' fees, costs and expenses to be filed and served no later than ten (10) business days prior to the Final Settlement Approval Hearing; and

5. scheduling a Final Settlement Approval Hearing before the Court to determine whether the proposed Settlement, a motion seeking a service award to the Class Representative, and/or a motion for attorneys' fees, costs and expenses to Class Counsel should be finally approved.

Plaintiff is concurrently submitting (a) Plaintiff's Memorandum in Support of his Unopposed Motion for Preliminary Approval of the Class Action Settlement and Certification of Settlement Class and accompanying exhibits: (b) the Stipulation and Agreement of Settlement; (c) Proposed Final Judgment and Order of Dismissal with Prejudice; (d) Proposed Order Preliminarily Approving Settlement and Certifying Settlement Class and Providing for Notice; (e) Postcard Notice of Settlement; (f) the Declaration of Plaintiff Mark Preman in Support of Plaintiff's Unopposed Motion for Preliminary Approval of the Class Action Settlement and Certification of Settlement Class; (g) the Declaration of John A. Yanchunis in Support of Plaintiff's Unopposed Motion for Preliminary Approval of the Class Action Settlement and Certification of Settlement Class; (h) Morgan & Morgan firm biography; (i) summary chart of recent TCPA class settlements; and (j) the Declaration of Steven Weisbrot in Support of Plaintiff's Unopposed Motion for Preliminary Approval of the Class Action Settlement and Certification of Settlement Class.

Dated:  February 3, 2017	Respectfully submitted,

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

*/s/ Jonathan B. Cohen*
Jonathan B. Cohen (Florida Bar No. 027620)
John A. Yanchunis (Florida Bar No. 324681)
201 North Franklin Street, 7th Floor
Tampa, Florida  33602
Telephone:  (813) 223-5505
Facsimile:  (813) 223-5402
jcohen@forthepeople.com
jyanchunis@forthepeople.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all attorneys of record in this matter.

*/s/ Jonathan B. Cohen*
Jonathan B. Cohen