UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARK PREMAN,**

    **Plaintiff,**

**v.**                                                           **Case No: 6:16-cv-443-Orl-41GJK**

**POLLO OPERATIONS, INC.,**

    **Defendant.**

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (Doc. 40). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 44), in which he recommends denying the motion and permitting the parties to file a renewed motion addressing the issues outlined in the Report and Recommendation.

After a *de novo* review of the record, and noting that the parties filed a Joint Waiver of Objection (Doc. 45), the Court agrees entirely with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 44) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (Doc. 40) is **DENIED**.

3. On or before July 17, 2017, the parties may file a renewed motion for settlement approval and certification of the settlement class.

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2017.



Copies furnished to:

Counsel of Record