UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARK PREMAN,**

   **Plaintiff,**

**v.**              **Case No: 6:16-cv-443-Orl-41GJK**

**POLLO OPERATIONS, INC.,**

   **Defendant.**
_____/

## ORDER

   THIS CAUSE is before the Court on the Unopposed Motion for Preliminary Approval of Revised Class Action Settlement and Certification of Settlement Class (Doc. 48). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 54), in which he recommends that the motion be denied and the parties be permitted to file a renewed motion.

   After a *de novo* review of the record, and noting that the parties filed a Joint Waiver of Objection (Doc. 55), the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

   1. The Report and Recommendation (Doc. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

   2. The Unopposed Motion for Preliminary Approval of Revised Class Action Settlement and Certification of Settlement Class (Doc. 48) is **DENIED**.

   3. **On or before November 15, 2017**, the parties shall file a renewed motion.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record